No. 621. WADE ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Larry S. Davidow* for petitioners. *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 412, Misc. DANIELS ET AL. *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *O. John Rogge, Herman L. Taylor* and *C. J. Gates* for petitioners. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 458, Misc. BAKER *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

*Rehearing Denied.*

No. 561. STANDARD COMMERCIAL TOBACCO CO. ET AL. *v.* SNYDER, SECRETARY OF THE TREASURY, ET AL., *ante,* p. 918;

No. 657. HOLMES ET AL. *v.* UNITED STATES ET AL., *ante,* p. 927; and

No. 666. MONOLITH PORTLAND MIDWEST CO. *v.* RECONSTRUCTION FINANCE CORP., *ante,* p. 932. The petitions for rehearing in these cases are severally denied.

No. 255, Misc. THOMPSON *v.* ROBINSON, WARDEN, 338 U. S. 950. Third petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.